IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

STEPHEN RAY et al,                                    *

                Plaintiffs,                 *

v.                                                                        Case No. 5:26-cv-00141-MTT-CHW

                                                      *

THE GEORGIA DEPARTMENT OF
CORRECTIONS et al,                                    *

                Defendants.                 *

_____

**J U D G M E N T**

Pursuant to this Court's Order dated April 29, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiffs shall recover nothing of Defendants.

This 29th day of April, 2026.

                                 David W. Bunt, Clerk

                                 s/ Raven K. Alston, Deputy Clerk